# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **RALPH BARBA, JR.** § | |
| Plaintiff § | |
| § | Civil Action No. 2:11CV-0254-DF |
| vs. § | JURY |
| § | |
| **U.S. FOODSERVICE, Inc.** § | |
| Defendant § | |

## AGREED STIPULATION OF DISMISSAL

Plaintiff Ralph Barba, Jr. and Defendant US Foods, Inc., f/k/a U.S. Foodservice, Inc., pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), file this Stipulation of Dismissal as follows:

### I.

Plaintiff Ralph Barba, Jr. ("Plaintiff") sued U.S. Foodservice, Inc. ("Defendant").

### II.

Plaintiff asks this court to sign an order of dismissal on all of Plaintiff's claims with prejudice to refiling against Defendant.

### III.

All parties in this matter have conferred and agree to this Stipulation of Dismissal.

Respectfully submitted,

*/s/ Bradley T. Steele*
**Bradley Steele**
State Bar No. 19099350

Law Office of Bradley T. Steele, P.C.
1101 Judson Road
Longview, Texas  75601
(903) 234-8844 - Telephone
(903) 234-8848 – Facsimile

**ATTORNEY FOR PLAINTIFF**


*/s/ Craig A. McDougal*
**Craig A. McDougal**
State Bar No. 13569850
SD #17281
**S. Wesley Butler**
State Bar No. 24045593
SD # 621557

**Crouch & Ramey, L.L.P.**
2001 Ross Ave., Suite 4400
Dallas, Texas 75201
Telephone:     (214) 922-7100
Facsimile:     (214) 922-7101

**ATTORNEYS FOR DEFENDANT
US FOODS, INC.**