# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RALPH BARBA, JR. | § | |
|    Plaintiff | § | |
| | § | Civil Action No. 2:11CV-0254-DF |
| vs. | § | JURY |
| | § | |
| U.S. FOODSERVICE, Inc. | § | |
|    Defendant | § | |
|         Defendant | § | |

## ORDER ON AGREED STIPULATION TO DISMISS LAWSUIT

The Court, having considered the Agreed Stipulation to Dismiss Lawsuit, finds that the parties' request should be granted.

It is therefore ORDERED that all of Plaintiff's claims against Defendant be dismissed with prejudice to refiling of same.

IT IS FURTHER ORDERED that all costs are taxed against the party incurring same.

**SIGNED this 3rd day of February, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE